No. 03-5680. ALSTON v. FLORIDA INSURANCE GUARANTY ASSN. Sup. Ct. Fla. Certiorari denied.

No. 03-5682. WILSON v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 03-5683. SHARWELL v. PROGRESSIVE INSURANCE ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-5686. BLACKMER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 03-5689. BEATON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03-5690. COCKERHAM v. BARNES ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-5692. DeLUNA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03-5693. EARL v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-5701. JONES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03-5703. TAYLOR v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 03-5708. LAWRENCE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03-5711. VOTTA v. GNAZZO ET AL. App. Ct. Mass. Certiorari denied.

No. 03-5713. WEBB v. HARRIS, SHERIFF, PAULDING COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 03-5714. THOMPSON v. McMURRAY ET AL. C. A. 6th Cir. Certiorari denied.